**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE APPLICATION OF USA PURSUANT TO 18 U.S.C. 3512 FOR 2703(d) ORDER FOR THREE E-MAIL ACCOUNTS SERVICED BY OATH HOLDINGS INC.**

ML No. 20-ml-1332

**Filed Under Seal**

## ORDER

The United States has submitted a Motion in the above case to unseal its Application for 2703(d) Order and the Court's Order granting that Application.  For good cause shown, it is hereby ORDERED, that the Government's Motion for an Unsealing Order is granted, and that the Government's Motion shall be filed publicly.

_____
Date

_____
Robert B. Collings
United States Magistrate Judge